**F I L E D**
CLERK, U.S. DISTRICT COURT

11/05/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:25-cr-00424-PA-2 |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INFORMATION** |
| v. | |
| KIARA JAIME-FLORES, | [18 U.S.C. § 1501: Obstruction, Resistance, or Interference with a Federal Officer] |
| Defendant. | |
| | [CLASS A MISDEMEANOR] |

The United States of America charges:

[18 U.S.C. § 1501]

On or about February 28, 2025, defendant KIARA JAIME-FLORES, in Los Angeles County, within the Central District of California, did knowingly and willfully, obstruct, resist, and oppose officers of the United States Department of Homeland Security, duly authorized, in

//

//

//

//

//

//

serving, executing, and attempting to serve and execute a legal and judicial writ and process of a court of the United States or United States magistrate judge, namely, a search warrant.

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

CHRISTINA R.B. LÓPEZ
Assistant United States Attorney
General Crimes Section